**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

~~Eastern district~~ District of _Virginia_
(State)

Case number (if known): _____ Chapter _11_

**FILED**

2019 JAN 10 P 12:00   ☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   _Detalle, LLC_

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _81 - 5267172_

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | _3701 South George_ | |
   | Number   Street | Number   Street |
   | _Mason Drive   2606N_ | P.O. Box |
   | _Falls Church   VA   22041_ | |
   | City   State   ZIP Code | City   State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | _USA   Fairfax County_ | |
   | County | Number   Street |
   | | |
   | | City   State   ZIP Code |

5. **Debtor's website (URL)**

   _www.detallee.com_

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

Debtor _____     Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

District _____ When _____ Case number _____
                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                              MM / DD / YYYY

Case number, if known _____

| Debtor | | Case number (if known) |
|--------|--|------------------------|
| Name | | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
| Number | Street |

_____

| City | | State | ZIP Code |

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

☑ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01 / 10 / 2019
MM / DD / YYYY

✗ _____        Kevin Rohalmin
Signature of authorized representative of debtor        Printed name

Title _____ CEO _____

**18. Signature of attorney**

✗ _____        Date _____
Signature of attorney for debtor                MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

    a. Total assets      $_____

    b. Total debts (including debts listed in 2.c., below)    $ __$120,000_____

    c. Debt securities held by more than 500 holders

                                           Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☑ | subordinated ☐ | $ | 80,000 W | | 1 |
| secured ☐ | unsecured ☑ | subordinated ☐ | $ | 20,000 W | | 1 |
| secured ☐ | unsecured ☑ | subordinated ☐ | $ | 20,000 W | | 1 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |

    d. Number of shares of preferred stock      N/A
    e. Number of shares common stock      N/A

Comments, if any: _____
_____
_____

3. Brief description of debtor's business: __Car wash & detailing Company__

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:    N/A
_____
_____

**Fill in this information to identify the case:**

Debtor name _____ Detalle, LLC _____

United States Bankruptcy Court for the: _____ District of _VA_
                                                                (State)

Case number (if known). _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ................................................................    $ N/A

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................    $ N/A

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................    $ N/A

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........    $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................    $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................    + $ _____

4. **Total liabilities.**........................................................................    $ _____
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the _____ District of _____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's
interest

2. **Cash on hand**

$ _10,000 w/20,000._ᴺ

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BB&T | Checking | 3 1 2 2 | $ _28,000._ in pending |
| 3.2. _____ | _____ | _____ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____ $ _____
4.2. _____ $ _____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ _____

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____ N/A _____ $ _____
7.2. _____ $ _____

Debtor _____     Case number (if known)_____
Name

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. _____Travelers_____     $ 2,200.00

8.2. _____     $

9. Total of Part 2.

Add lines 7 through 8. Copy the total to line 81.     $_____

## Part 3:   Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

11. Accounts receivable

11a. 90 days old or less:   ___2,000.00___ – _____ = ....➔   $ 12,000.00
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   ___N/A___ – _____ = ....➔   $
                         face amount        doubtful or uncollectible accounts

12. Total of Part 3

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____

## Part 4:   Investments

13. Does the debtor own any investments?

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

14.1. _____     _____     $
14.2. _____     _____     $

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                                        % of ownership:

15.1. _____     _____%     _____     $
15.2. _____     _____%     _____     $

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:

16.1. _____     _____     $
16.2. _____     _____     $

17. Total of Part 4

Add lines 14 through 16. Copy the total to line 83.     $_____

Debtor _____   Case number (if known)_____
         Name

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____        Case number (if known)_____
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                              $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Computer | $ 500.00 | | $_____ |
| 40. **Office fixtures** | | | |
| Chairs | $ 100.00 | | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer | $ 500.00 | | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  N/A | $_____ | | $_____ |
| 42.2  N/A | $_____ | | $_____ |
| 42.3  N/A | $_____ | | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                              $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____   Case number (if known) _____
　　　　　Name

---

**Part 8:**　Machinery, equipment, and vehicles

46.  Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _Battces_ | $ _900. w_ | _____ | $ _____ |

51.  Total of Part 8.
     Add lines 47 through 50. Copy the total to line 87.

$ _____

52.  Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

Debtor _____   Case number (if known)_____
          Name

## Part 9:   Real property

54. Does the debtor own or lease any real property?
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☐ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 10:   Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>_____ | $_____ | _____ | $_____ |
| 61. Internet domain names and websites<br>_____ | $_____ | _____ | $_____ |
| 62. Licenses, franchises, and royalties<br>_____ | $_____ | _____ | $_____ |
| 63. Customer lists, mailing lists, or other compilations<br>_____ | $_____ | _____ | $_____ |
| 64. Other intangibles, or intellectual property<br>_____ | $_____ | _____ | $_____ |
| 65. Goodwill<br>_____ | $_____ | _____ | $_____ |

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.

    $_____

Debtor _____    Case number (if known)_____
Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

_____   _____ — _____  = ➔   $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____   $_____
_____     Tax year _____   $_____
_____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                         $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                         $_____
_____                         $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor _____    Case number (if known)_____
Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $_____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____ | |
| 83. Investments. *Copy line 17, Part 4.* | $_____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* .......................➜ | | $_____ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column............91a. | $_____ | + 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..................................... $_____

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____   $ _____

Creditor's mailing address _____
_____

Describe the lien _____

Creditor's email address, if known _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**2.2** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____   $ _____

Creditor's mailing address _____
_____

Describe the lien _____

Creditor's email address, if known _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ _____

Debtor _____      Case number (if known)_____
            Name

| | | Column A | Column B |
|---|---|---|---|

**Part 1:** **Additional Page**

Column A
Amount of claim
Do not deduct the value
of collateral.

Column B
Value of collateral
that supports this
claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

2.__  Creditor's name                                    Describe debtor's property that is subject to a lien

_____    _____   $_____   $_____

Creditor's mailing address                              _____

_____
_____                Describe the lien
_____            _____

Creditor's email address, if known                      Is the creditor an insider or related party?
                                                        ☐ No
_____                ☐ Yes

Date debt was incurred  _____          Is anyone else liable on this claim?
                                                        ☐ No
Last 4 digits of account                                ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
number           ___ ___ ___ ___

Do multiple creditors have an interest in the           As of the petition filing date, the claim is:
same property?                                          Check all that apply.
☐ No                                                    ☐ Contingent
☐ Yes. Have you already specified the relative          ☐ Unliquidated
     priority?                                          ☐ Disputed
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.
        _____
        _____
        _____

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

2.__  Creditor's name                                    Describe debtor's property that is subject to a lien

_____    _____   $_____   $_____

Creditor's mailing address                              _____

_____
_____                Describe the lien
_____            _____

Creditor's email address, if known                      Is the creditor an insider or related party?
                                                        ☐ No
_____                ☐ Yes

Date debt was incurred  _____          Is anyone else liable on this claim?
                                                        ☐ No
Last 4 digits of account                                ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
number           ___ ___ ___ ___

Do multiple creditors have an interest in the           As of the petition filing date, the claim is:
same property?                                          Check all that apply.
☐ No                                                    ☐ Contingent
☐ Yes. Have you already specified the relative          ☐ Unliquidated
     priority?                                          ☐ Disputed
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.
        _____
        _____
        _____

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

Debtor _____                    Case number (if known)_____
          Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _Deralle, LLC_

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _80,000_ Check all that apply. | | $ _30,00.w_ |

**2.1** Priority creditor's name and mailing address
_AJ Equity_
_51 47th Street_
_Brooklyn, NY 11219_

Date or dates debt was incurred
_12/20/17_

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $ _80,000_
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

**2.2** Priority creditor's name and mailing address
_Pearl Capital_
_6538 Collins Ave_
_Miami, Florida 32141_

Date or dates debt was incurred
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $ _20,000_
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

**2.3** Priority creditor's name and mailing address
_Yellow Stone Capital_
_160 Pearl St FL 5_
_New York, NY 10005_

Date or dates debt was incurred
_____

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $ _20,000.w_
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$ _20,000.w_

Debtor _____     Case number (if known)_____
       Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                                   Total claim             Priority amount

2._  Priority creditor's name and mailing address

                        $_____     $_____

_____     As of the petition filing date, the claim is:
_____     Check all that apply.
_____     ☐ Contingent
_____     ☐ Unliquidated
                       ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  ___ ___ ___ ___               ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._  Priority creditor's name and mailing address

                        $_____     $_____

_____     As of the petition filing date, the claim is:
_____     Check all that apply.
_____     ☐ Contingent
_____     ☐ Unliquidated
                       ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  ___ ___ ___ ___               ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._  Priority creditor's name and mailing address

                        $_____     $_____

_____     As of the petition filing date, the claim is:
_____     Check all that apply.
_____     ☐ Contingent
_____     ☐ Unliquidated
                       ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  ___ ___ ___ ___               ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._  Priority creditor's name and mailing address

                        $_____     $_____

_____     As of the petition filing date, the claim is:
_____     Check all that apply.
_____     ☐ Contingent
_____     ☐ Unliquidated
                       ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  ___ ___ ___ ___               ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor _____     Case number (if known)_____
      Name

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____   Case number (if known)_____
　　　　　　Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____     Case number (if known)_____
              Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.1 | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
                     Name

Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____     Case number (if known)_____
              Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1                                5a.    $ ___120,200 ∞___

5b. Total claims from Part 2                                5b.  +  $ _____

5c  Total of Parts 1 and 2
    Lines 5a + 5b = 5c.                                     5c.     $ _____

---

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                              (State)

Case number (if known):    _____    Chapter _____

---

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with
   whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | _____ |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |

Debtor _____        Case number (if known) _____

Name

---

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases       State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired lease

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

---

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                                    (State)

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | _____ Street _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | _____ Street _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor _____     Case number (if known)_____
          Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| Name | Mailing address | | Name | Check all schedules that apply: |
|------|-----------------|--|------|----------------------------------|

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

2___  _____

_____ Street

_____ City    State    ZIP Code
                                                                              _____    ❏ D
                                                                                                     ❏ E/F
                                                                                                     ❏ G

```
Fill in this information to identify the case and this filing:

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
                                                              (State)
Case number (If known):      _____
```

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐  *Schedule H: Codebtors* (Official Form 206H)

- ☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐  Amended *Schedule* ____

- ☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01/10/2019_          ✗ _____
              MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                          ___Kevin Rohulmin_____
                                            Printed name

                                          ___CEO_____
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the _____ District of _____
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/19 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 700,000.00 |
| **For prior year:** | From 01/01/18 to 02/31/18<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 800,000.00 |
| **For the year before that:** | From N/A to<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ |

Debtor _____     Case number *(if known)*_____
        Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | ____ | | ☐ Unsecured loan repayments |
| | Street | ____ | | ☐ Suppliers or vendors |
| | | ____ | | ☐ Services |
| | City      State    ZIP Code | ____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | ____ | | ☐ Unsecured loan repayments |
| | Street | ____ | | ☐ Suppliers or vendors |
| | | ____ | | ☐ Services |
| | City      State    ZIP Code | ____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | | | $_____ | _____ |
| | Insider's name | ____ | | _____ |
| | Street | ____ | | _____ |
| | | | | |
| | City      State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 4.2 | | | $_____ | _____ |
| | Insider's name | ____ | | _____ |
| | Street | ____ | | _____ |
| | | | | |
| | City      State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

Debtor _____    Case number (if known)_____
             Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State  ZIP Code | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State  ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

|  | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | _____ | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State  ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | *Judgement* | *Garnishment* | *NYCourt*<br>Name<br>Street<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | _____ | | | |
| 7.2 | Case title | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | Name<br>Street<br>City  State  ZIP Code | |

---

Debtor _____     Case number *(if known)* _____
          Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | **Case number** | Name |
| City         State    ZIP Code | | Street |
| | **Date of order or assignment** | City         State      ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City         State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City         State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Account with client | | 12/19 | $_____ |

Debtor _____   Case number (if known)_____
        Name

---

| **Part 6:** | **Certain Payments or Transfers** |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor _____     Case number (if known)_____
       Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____  _____  _____  $_____
                                 _____

      **Address**
      _____
      Street
      _____

      _____
      City          State    ZIP Code

      **Relationship to debtor**
      _____
      _____


      **Who received transfer?**                                       _____  _____  $_____
13.2. _____                                        _____

      **Address**
      _____
      Street
      _____

      _____
      City          State    ZIP Code

      **Relationship to debtor**
      _____
      _____

---

| **Part 7:** | **Previous Locations** |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____     From _____   To _____
      Street
      _____

      _____
      City              State    ZIP Code

14.2. _____     From _____   To _____
      Street
      _____

      _____
      City              State    ZIP Code

Debtor _____    Case number (if known) _____
          Name

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | _____<br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | _____<br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor _____     Case number (if known)_____
                      Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

*Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?*

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ <br> Street _____ <br> City _____ State __ ZIP Code ____ | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2 | Name _____ <br> Street _____ <br> City _____ State __ ZIP Code ____ | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> City _____ State __ ZIP Code ____ | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> City _____ State __ ZIP Code ____ | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

---

Debtor _____     Case number *(if known)* _____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor _____     Case number (if known) _____
            Name

24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1** | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____   To _____ |
| City          State      ZIP Code | | |
| **25.2** Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____   To _____ |
| City          State      ZIP Code | | |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **25.3** | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____   To _____ |
| City          State      ZIP Code | | |

Debtor _____     Case number (if known)_____
              Name

**26  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

**Name and address**                                                    **Dates of service**

26a.1.  _Jordan Tempchine & Ass._                    From _1/1/18_  To _12/31/18_
         Name

         Street

         _Silver Spring_          _MD_
         City                State        ZIP Code

**Name and address**                                                    **Dates of service**

26a.2.  _____                           From _____  To _____
         Name

         Street

         City                State        ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**                                                    **Dates of service**

26b.1.  _____                           From _____  To _____
         Name

         Street

         City                State        ZIP Code

**Name and address**                                                    **Dates of service**

26b.2.  _____                           From _____  To _____
         Name

         Street

         City                State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                     **If any books of account and records are unavailable, explain why**

26c.1.  _____                           _____
         Name

         Street                                        _____

         City                State        ZIP Code

Debtor _____    Case number (if known)_____
            Name

Name and address                                   If any books of account and records are
                                                   unavailable, explain why

26c.2.    _____        _____
          Name
          _____        _____
          Street
          _____        _____
          _____
          City                    State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement
     within 2 years before filing this case.

    ❑ None

          Name and address

26d.1.    _____
          Name
          _____
          Street
          _____
          _____
          City                    State    ZIP Code

          Name and address

26d.2.    _____
          Name
          _____
          Street
          _____
          _____
          City                    State    ZIP Code

27. Inventories

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No
    ❑ Yes. Give the details about the two most recent inventories.

          Name of the person who supervised the taking of the inventory        Date of        The dollar amount and basis (cost, market, or
                                                                               inventory       other basis) of each inventory

          _____        _____        $_____

          Name and address of the person who has possession of inventory records

27.1      _____
          Name
          _____
          Street
          _____
          _____
          City                    State    ZIP Code

Debtor _____     Case number (if known)_____
              Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2

Name _____

Street _____

City _____  State _____  ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |
| Name _____ | _____ | _____ | |
| Street _____ | | _____ | |
| City _____ State ___ ZIP Code ___ | | _____ | |
| Relationship to debtor _____ | | _____ | |

Debtor _____    Case number (if known) _____
        _Name_

**Name and address of recipient**

30.2    _____    _____  _____  _____
       _Name_

       _Street_    _____

       _City_    _State_    _ZIP Code_    _____

**Relationship to debtor**    _____

_____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01 / 10 / 2015
       MM / DD / YYYY

✗ _____    Printed name    Kevin Rohalmu

   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____  District of _____
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AJ Equity 451 47th St Brooklyn, NY 11215 | | unsecured loan | | | | 80,000.00 |
| 2 | Pearl Capital 6538 Collins Ave Miami Beach, FL 33141 | | unsecured loan | | | | 26,000.00 |
| 3 | Yellowstone Capital 160 Pearl St FL5 New York, NY 10005 | | unsecured loan | | | | 26,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re. Detaile, LLC

Case No.

Chapter 11

Debtor(s)

COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) ___✓___ computer diskette listing a total of __3__ creditors; or

(b) _____ scannable hard copy, with Request for Waiver attached,
consisting of _____ pages, listing a total of _____ creditors

_____
Debtor

_____
Joint Debtor

Date: ___1/10/19___          [Check if applicable] _____ Creditor(s) with
foreign addresses included on disk/hard copy.

[diskcsver. R-1/2003]

(1) Equity
1451 47th St
Brooklyn, NY 11219

(2) Pearl Capital
6538 Collins Ave
Miami Beach, FL 33141

(3) Yellowstone Capital
160 Pearl St F1S
New York, NY 10005